Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK COOK,<br><br>                     Plaintiff,<br><br>     v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>                     Defendant. | NO. 3:24-cv-05229-JLR<br><br>STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND ~~PROPOSED~~ ORDER<br><br>**NOTE ON MOTION CALENDAR: 6/10/2024** |

Plaintiff Mark Cook and Defendant Portfolio Recovery Associates, LLC ("PRA" or "Defendant"), through their respective counsel, hereby file a stipulated motion for an extension of time for PRA to answer or otherwise respond to Plaintiff's First Amended Complaint (Dkt. #7) up to and including July 10, 2024.[1]

Together the parties request the Court enter an Order allowing PRA to file its responsive pleading to Plaintiff's Amended Complaint by July 10, 2024.

---

[1] The parties have conferred in light of this Court's June 7, 2024 order issued in this matter. Plaintiff will not be seeking leave to file a second amended complaint. Accordingly, Plaintiff's First Amended Complaint (Dkt. 7) will remain his operative pleading in this case.

STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND ~~PROPOSED~~ ORDER - 1
**Case No. 3:24-cv-05229-JLR**

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

I certify that this memorandum contains 115 words, in compliance with the Local Civil Rules.

Dated: June 10, 2024

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/Sally S. Kim*
   Sally S. Kim, WSBA #35289
   Gordon Rees Scully Mansukhani, LLP
   701 Fifth Avenue, Suite 2100
   Seattle, WA 98104
   Phone: (206) 695-5100
   Email: sallykim@grsm.com
   *Attorneys for Defendant Portfolio Recovery Associates, LLC*

Dated: June 10, 2024

By: *s/Mark Cook*
   Mark Cook
   1113 SE 146th CT
   Vancouver, WA 98683
   Phone: (808) 646-9452
   Email: markc98683@gmail.com
   *Pro Se Plaintiff*

STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND ~~PROPOSED~~ ORDER - 2
**Case No. 3:24-cv-05229-JLR**

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

**ORDER**

Having considered the Parties' Stipulated Motion for PRA to respond to Plaintiff's First Amended Complaint, the Court hereby ORDERS as follows:

1. The Stipulated Motion is GRANTED and ACCEPTED by the Court.

2. Defendant Portfolio Recovery Associates, LLC will file its responsive pleading to Plaintiff's First Amended Complaint by July 10, 2024.

IT IS SO ORDERED.

DATED this 11th day of June, 2024.

_____
Hon. Judge James L. Robart
United States District Judge

*Presented by:*

 s/Sally S. Kim
Sally S. Kim, WSBA #35289
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Email: sallykim@grsm.com
*Attorneys for Defendant Portfolio Recovery Associates, LLC*

STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND ~~PROPOSED~~ ORDER - 3
Case No. 3:24-cv-05229-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822